AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED by _____ D.C.

DEC 2 8 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) | |
| v. | ) | |
| LUIS MARTINEZ, a/k/a | ) | Case No.  12-8495-JMH |
| "Roberto Lopez," | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ December 26, 2012 _____ in the county of _____ Palm Beach _____ in the

_____ Southern _____ District of _____ Florida _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 8 USC Section 1326(a) | Illegal Reentry after Deportation. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer, ICE
*Printed name and title*

*I find probable cause*

Sworn to before me and signed in my presence.

Date: 12-28-12

_____
*Judge's signature*

City and state: _____ West Palm Beach, FL _____

U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## UNITED STATES v. LUIS MARTINEZ
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years.  I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida.  As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Luis MARTINEZ, also known as Roberto LOPEZ, committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3.      On or about December 18, 2012, an individual identifying himself as Roberto LOPEZ was arrested in Palm Beach County, Florida on a charge of burglary and failure to appear for misdemeanor offense. He was booked and detained at the Palm Beach County Jail.  Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Luis MARTINEZ.

4.      On or about December 26, 2012, your affiant received immigration alien file bearing control number A089 285 382 corresponding to Luis MARTINEZ.  Records within this alien file assigned to Luis MARTINEZ show that he is a native and citizen of Honduras.  Records further show that on or about October 15, 2009, Luis MARTINEZ was ordered removed from the United States.  The Order of Removal was executed on or about October 30, 2009, whereby Luis MARTINEZ was removed from the United States to Honduras.

5.      On or about December 19, 2012, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A089 285 382 for the alien identified as Luis MARTINEZ, verifying that, after a diligent search, no record was found to exist indicating that Luis MARTINEZ had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

6.      Martin County Sheriff's Office Latent Print Examiner Diane Crowther conducted a fingerprint comparison in this case.  The fingerprint comparison confirmed that the individual encountered on December 18, 2012, that is, Luis MARTINEZ, was the same person previously removed from the United States on or about October 30, 2009.

7.      Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about December 18, 2012, Luis MARTINEZ, also known as Roberto LOPEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland

Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).


Andy Korzen
Deportation Officer
Immigration and Customs Enforcement


Subscribed and sworn to before me
this _28_ day of December, 2012.


JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No.   __12-8495-JMH__

**UNITED STATES OF AMERICA**

**vs.**

**LUIS MARTINEZ, a/k/a
"Roberto Lopez,"**

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   __X__ No

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   __X__ No

Respectfully submitted,
WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____
BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY
Brandy.Galler@usdoj.gov
Admin. No. A5501296
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777